ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-CR-00033-DAD-EPG |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ROSENDO RENE RAMIREZ, | |
| Defendant. | |

**STIPULATION**

1.     By previous order, this matter was set for trial on June 16, 2026.  By subsequent minute order, the trial was continued to June 22, 2026.

2.     By this stipulation, the parties now move to continue the trial date to October 20, 2026, and exclude time between June 16, 2026, and October 20, 2026, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government will most likely seek a superseding indictment for alleged acts that occurred as recently as March 16, 2026.  The government is in the process of investigating, collecting discovery, and processing discovery for production.  This discovery consists of reports, photographs, and jail calls.

b)     Counsel for defendant desires additional time to consult with his client, to review the new charges, to conduct investigation and research related to the new charges, to review and

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial, given the new charges and discovery.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 16, 2026 to October 20, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 13, 2026                              ERIC GRANT
                                                                United States Attorney


                                                                /s/ ANTONIO J. PATACA
                                                                ANTONIO J. PATACA
                                                                Assistant United States Attorney

Dated:  April 13, 2026                              /s/ Steven Crawford
                                                                STEVEN CRAWFORD
                                                                Counsel for Defendant
                                                                Rosendo Ramirez

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

IT IS SO FOUND AND ORDERED that:

The trial currently set for June 22, 2026, is continued to **October 20, 2026, at 9:00 a.m.**

The time period of June 16, 2026 to October 20, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: April 14, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3