ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00033-DAD-EPG |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ROSENDO RENE RAMIREZ, | |
| Defendant. | |

**STIPULATION**

1.   By previous order, this matter was set for trial confirmation on July 13, 2026, and for trial on October 20, 2026.

2.   By this stipulation, the parties now move to vacate the trial confirmation hearing and continue the trial date to January 26, 2027, and exclude time between October 20, 2026, and January 26, 2027, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

a)   The government intends to seek a superseding indictment for alleged acts that occurred as recently as March 16, 2026. The government is in the process of investigating these new offenses, testing evidence, and collecting and producing supplemental discovery. Supplemental discovery was most recently produced on May 20, 2026, and additional supplemental discovery is expected.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)      Defense counsel has experienced technical difficulties in opening and reviewing supplemental discovery produced by the government, and the parties are actively coordinating to resolve these issues.  In addition, defense counsel has encountered challenges in arranging and conducting meetings with his client.  These circumstances have impeded counsel's ability to prepare effectively, and the requested exclusion of time is necessary to ensure adequate review of discovery and meaningful consultation with the defendant.

c)      Counsel for defendant desires additional time to consult with his client, to review the new charges, to conduct investigation and research related to the new charges, to review and copy supplemental discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial, given the new charges and discovery.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 20, 2026 to January 26, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated:  July 7, 2026                                         ERIC GRANT
                                                            United States Attorney


                                                            /s/ ANTONIO J. PATACA
                                                            ANTONIO J. PATACA
                                                            Assistant United States Attorney

Dated:  July 7, 2026                                        /s/ Steven Crawford
                                                            STEVEN CRAWFORD
                                                            Counsel for Defendant
                                                            Rosendo Ramirez

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

**ORDER**

IT IS SO FOUND AND ORDERED that:

The trial currently set for October 20, 2026, is continued to January 26, 2027.  The trial confirmation hearing scheduled for July 13, 2026, is vacated.

The time period of October 20, 2026 to January 26, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Date: July 10, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4