ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROSENDO RENE RAMIREZ, Defendant. | CASE NO. 1:23-CR-00033-TLN-EPG<br><br>STIPULATION REGARDING MOTION BRIEFING SCHEDULE; FINDINGS AND ORDER |

## STIPULATION

IT IS HEREBY STIPULATED by and between defense counsel, Steven Crawford, and Assistant U.S. Attorney Antonio J. Pataca, that the motions filing schedule be SET as follows:

| | |
|---|---|
| Defense motions due: | **November 13, 2026** |
| Government's opposition due: | **December 4, 2026** |
| Defense replies due: | **December 9, 2026** |
| Hearing on motions | **December 14, 2026, at 9:30 a.m.** |

IT IS SO STIPULATED.

Dated: November 5, 2026

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: November 5, 2026

/s/ Steven Crawford
STEVEN CRAWFORD
Counsel for Defendant
Rosendo Ramirez

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 10, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE